PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aaron Robinson                    Cr.: 08-00680-001
                                                    PACTS #: 52875

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 06/18/09

Original Offense: Attempt and Conspiracy to Commit Health Care Fraud

Original Sentence: 36 Months Probation

Type of Supervision: Probation                Date Supervision Commenced: 06/18/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has failed to pay his court-ordered restitution. |

U.S. Probation Officer Action:
We recommend the case be allowed to expire as scheduled, and that the U.S. Attorney's Office, Financial Litigation Unit, continue to oversee restitution collection.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 04/09/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] ~~Other~~ PROBATION CAN EXPIRE ON JUNE 17, 2012 W/RESTITUTION PAYMENTS TO BE RESPOSIBILITY OF US ATTORNEY'S OFFICE, FINANCIAL LITIGATION UNIT.

Signature of Judicial Officer

11 APRIL 2012
Date